**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 29, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00252-CV

---

### IN RE GEICO COUNTY MUTUAL INSURANCE COMPANY, Relator

---

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS
### 270th District Court
### Harris County, Texas
### Trial Court Cause No. 2018-22989

---

## MEMORANDUM OPINION

Relator GEICO County Mutual Insurance Company filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In its petition, GEICO asks this court to compel the Honorable

Dedra Davis, presiding judge of the 270th District Court of Harris County, to vacate her February 12, 2019 order denying GEICO's motion for protection.

On August 22, 2019, relator filed a motion asking this court to dismiss its petition for writ of mandamus due to a settlement in the underlying action.

We GRANT the motion and DISMISS relator's petition for writ of mandamus.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.


2